```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

MICHAEL A. ROBERTS,              :
                                 :
    Plaintiff,                   :
                                 :
vs.                              :
                                 :    CIVIL ACTION 15-0461-M
CAROLYN W. COLVIN,               :
Social Security Commissioner,    :
                                 :
    Defendant.                   :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Michael A. Roberts and against Defendant Carolyn W. Colvin.

DONE this 10th day of March, 2016.

                                               s/BERT W. MILLING, JR.
                                             UNITED STATES MAGISTRATE JUDGE