```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

```
MICHAEL A. ROBERTS,                 :
                                    :
     Plaintiff,                     :
                                    :
vs.                                 :     CIVIL ACTION 15-461-M
                                    :
CAROLYN W. COLVIN,                  :
Commission of Social Security,      :
                                    :
     Defendant.                     :
```

### JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Michael Roberts and against Defendant Carolyn W. Colvin.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA Attorney's fee in the amount of $3,163.44.

DONE this 6th day of June, 2016.


                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE